FILED SEP 27 '22 AM 9:12 USDCALS

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

## COMPLAINT
## UNDER 42 U.S.C. §§ 1983, 1985, 1988
## DEATH ALA. CODE § 6-5-410

Cecelia Eady, representative for Demarcus F. Harrison, deceased,
---
Name under which you were convicted

#00254356
---
Your prison number

CIVIL ACTION NO. 22-CV-383-JB-MU
(To be supplied by Clerk of Court)

vs.

Lieutenant Davis, Reosha Butler, Michael Wood, John Hamm, Greg Lovelace, Wendy Williams,
---
Name of Defendant(s) /William Lawley, Glen Casey, Deborah Crook, Jenny Abbott, Decoreyon M. Green, John and Jane Does 1-25

G.K. Fountain Correctional Facility, 9677 AL-21, Atmore, AL 36502
---
Place of Confinement and Address

## INSTRUCTIONS - READ CAREFULLY

A. **Complaint Form.** You must file your original complaint and a copy for each named Defendant. Your complaint must be clearly handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. Any false statement of material fact may serve as the basis for prosecution for perjury.

B. **Proper Court.** Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. **Separate Case.** It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. **Defendants.** The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

Rev. 12/1/2020

E. <u>Pleading the Complaint</u>. Your complaint <u>should</u> <u>not</u> contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a <u>short</u> and <u>plain</u> statement of your claim and shall provide fair notice <u>to</u> <u>each</u> <u>defendant</u> of the claim against that defendant and of the factual grounds upon which the claim rests.

F. <u>Fees</u>. This complaint cannot be properly filed unless it is accompanied by the $402.00 filing fee, or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action. If IFP is granted the filing fee is $350.00.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. <u>Form of Pleadings</u>. All pleadings and other papers filed <u>must</u> be on 8 1/2" x 11" paper, <u>legibly</u> handwritten or typewritten. Every document filed after the complaint must have the style of the case and the <u>docket</u> <u>number</u>. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading <u>will</u> <u>be</u> <u>stricken</u>. <u>See</u> Fed. R. Civ. P. 11(a). No notary is required.

H. <u>Certificate of Service</u>. Each pleading filed after the complaint <u>must</u> contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading <u>will</u> <u>be</u> <u>stricken</u> if it does not contain this certificate of service. <u>See</u> Fed. R. Civ. P. 5.

I. <u>Copies</u>. This Court <u>will</u> <u>not</u> make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. <u>Form of Pleadings</u>. <u>Do</u> <u>not</u> write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. <u>No Evidence</u>. No evidence shall be sent to the Court for filing or storing.

I. **PREVIOUS LAWSUITS**.

2

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
    Yes ( )     No (X)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
    Yes ( )     No (X)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

   1. Parties to this previous lawsuit:

   Plaintiffs: _____

   _____

   Defendants: _____

   _____

   2. Court (if federal court, name the district; if state court, name the county): _____

   _____

   3. Docket Number: _____

   4. Were you granted the opportunity to proceed without payment of filing fees?
   Yes ( )   No ( )

   5. Name of judge to whom the case was assigned: _____

   6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

   _____

   _____

   _____

   7. Approximate date of filing lawsuit: _____

   8. Approximate date of ruling by court: _____

3

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: G.K. Fountain Correctional Facility

B. Date it occurred: September 29, 2020

C. Is there a prisoner grievance procedure in this institution? Not for Prisoner Death

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( )    No (X) prisoner died

E. If your answer is YES:

   1. What steps did you take? I asked to talk to anyone about my son's death but no one would

   2. What was the result? talk to me or give my any answers

F. If your answer is NO, explain why not: I asked to talk to anyone about my son's death but was ignored

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

My son was a prisoner on 9/29/2020 at G.K. Fountain Correctional Facility. Lt. Davis got mad at him a couple of weeks before and got after him I think in the kitchen where my boy worked. Davis said he would teach my boy. on the 29th my boy was in his cell and Davis let Decoreyon Green into the block and cell to hurt my boy. This prisoner hit and kicked my son, then stabbed him to death. Davis watched and would not stop it. Then he told my son to walk to get medical help while he was bleeding. No one would help my son. No corrections officers stopped this and no one will tell me what happened or why no one is being punished for killing my son. I asked for the video and no one will give me any information. This is a bad prison and everyone knows about it but no one will help these prisoners like my son stay safe from bad prisoners and bad officers like Davis. These are violations of the constitution and law. My son should not have suffered and died like this just so a correction officer could teach him and everyone about who is the bossman at the prison.

4

### III. PARTIES.

A. <u>Plaintiff</u> (Your name/AIS): Cecelia Eady, representative for Demarcus F. Harrison/00254356

Your present address: 512 W. Long Ave., Florence, AL 35630-5308, 256-648-1807

B. <u>Defendant(s)</u>:

1. Defendant (full name) Lieutenant Davis employed as Lieutenant at G.K. Fountain Correctional Facility.

   His/her present address is 9677 AL-21, Atmore, AL 36502.

   (a) Claim against this defendant: violated my son's constitutional rights, helped kill my son, would not take my boy to get medical help and watched him die stabbed to death by Decoreyon M. Green.

   (b) Supporting facts (Include date/location of incident):
   Got mad at my boy and threatened to hurt him, let Decoreyon M. Green into the block and cell and watched him kill my boy and then would not help my boy get medical help but watched him bleed to death. Decoreyon M. Green was not supposed to be in my boy's cell. These two killed my boy and tortured him.

2. Defendant (full name) Decoreyon M. Green is employed as 00282857 at St. Clair Correctional Facility.

   His/her present address is 1000 St Clair Rd., Springville, AL 35146.

   (a) Claim against this defendant: Murder as instructed by Lt. Davis.

   (b) Supporting facts (Include date/location of incident):
   On 9/29/2020 Lt. Davis let this inmate into my boy's block and cell to hurt my boy. Mr. Green kicked and hit my boy then stabbed him to death while Lt. Davis watched. No one is doing anything about this and no one will talk to me. No one will give me videos or a report.

3. Defendant (full name) Reosha Butler is employed as Warden at G.K. Fountain Correctional Facility.

   His/her present address is 9677 AL-21, Atmore, AL 36502.

(a) Claim against this defendant: violation of my boy's constitutional rights
Wrongful death

(b) Supporting facts (Include date/location of incident):

She violated my boy's rights by failing to protect him, get him medical help, or run the prison

to protect my boy's rights. She would not give me any information on my boy's death.

C. <u>Additional Defendants</u>: (If there are additional defendants, you may list them on separate pages using the same outline above).

Additional sheet attached

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: My son is dead now.

2. When were you convicted? not sure and the info is not online anymore

3. What is the term of your sentence? Life

4. When did you start serving this sentence? not sure and the info is not online anymore

5. Do you have any other convictions which form the basis of a future sentence?
   Yes ( )    No (X)

If so, complete the following:

(a) Date of conviction: _____

(b) Term of sentence: _____

6. What is your expected end of sentence (E.O.S.) date?  the prison killed my boy

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no( ) | yes( ) no( ) |
| Expunged | yes( ) no( ) | yes( ) no( ) |
| Invalidated | yes( ) no( ) | yes( ) no( ) |

Writ of habeas yes( ) no( )   yes( ) no( )
corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _____

V. State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

Stop the prison from killing more people's children and pay for my boy's wrongful death. He was a good boy and should never have been in prison this long to be killed and suffer like this in a terrible place.

VI. **AFFIRMATION**. By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

9/26/2022
Date

*Cecelia Eady*
(Signature of Plaintiff Under Penalty of Perjury)

512 W. Long Lane, Florence, AL 35630
Current Mailing Address

256-648-1807
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

4. Defendant Michael Wood is employed as Alabama Department of Corrections Warden I at G.K. Fountain Correctional Facility and the present address is 9677 AL-21, Atmore, AL 36502. (a) The claims against this defendant are violations of my boy's rights and wrongful death on 9/29/2020. (b) The supporting facts are violation of my boy's rights by failing to protect him, get him medical help, or run the prison to protect my boy's rights. He will not give me information on my boy's death.
5. Defendant John Hamm is employed as Alabama Department of Corrections Commissioner at Alabama Department of Corrections and the present address is P.O. Box 301501, Montgomery, AL 36130-1501. (a) The claims against this defendant are violations of my boy's rights and wrongful death on 9/29/2020. (b) The supporting facts are violation of my boy's rights by failing to protect him, get him medical help, or run the prison to protect my boy's rights. Running dangerous prisons that violate constitutional rights.
6. Defendant Greg Lovelace is employed as Alabama Department of Corrections Chief Deputy Commissioner of Corrections at Alabama Department of Corrections and the present address is P.O. Box 301501, Montgomery, AL 36130-1501. (a) The claims against this defendant are violations of my boy's rights and wrongful death on 9/29/2020. (b) The supporting facts are violation of my boy's rights by failing to protect him, get him medical help, or run the prison to protect my boy's rights. Running dangerous prisons that violate constitutional rights.
7. Defendant Wendy Williams is employed as Alabama Department of Corrections Deputy Commissioner Men's Services Operations and the present address is P.O. Box 301501, Montgomery, AL 36130-1501. (a) The claims against this defendant are violations of my boy's rights and wrongful death on 9/29/2020. (b) The supporting facts are violation of my boy's rights by failing to protect him, get him medical help, or run the prison to protect my boy's rights. Running dangerous prisons that violate constitutional rights.
8. Defendant William Lawley is employed as Alabama Department of Corrections Associate Commissioner Administrative Services and the present address is P.O. Box 301501, Montgomery, AL 36130-1501. (a) The claims against this defendant are violations of my boy's rights and wrongful death on 9/29/2020. (b) The supporting facts are violation of my boy's rights by failing to protect him, get him medical help, or run the prison to protect my boy's rights. Running dangerous prisons that violate constitutional rights.
9. Defendant Glen Casey is employed as Alabama Department of Corrections Associate Commissioner Plans and Programs and the present address is P.O. Box 301501, Montgomery, AL 36130-1501. (a) The claims against this defendant are violations of my boy's rights and wrongful death on 9/29/2020. (b) The supporting facts are violation of my boy's rights by failing to protect him, get him medical help, or run the prison to protect my boy's rights. Running dangerous prisons that violate constitutional rights.
10. Defendant Deborah Crook is employed as Alabama Department of Corrections Associate Commissioner Plans and Programs and the present address is P.O. Box 301501, Montgomery, AL 36130-1501. (a) The claims against this defendant are violations of my

boy's rights and wrongful death on 9/29/2020. (b) The supporting facts are violation of my boy's rights by failing to protect him, get him medical help, or run the prison to protect my boy's rights. Running dangerous prisons that violate constitutional rights.
11. Defendant Jenny Abbott is employed as Alabama Department of Corrections Director Facilities Management and the present address is P.O. Box 301501, Montgomery, AL 36130-1501. (a) The claims against this defendant are violations of my boy's rights and wrongful death on 9/29/2020. (b) The supporting facts are violation of my boy's rights by failing to protect him, get him medical help, or run the prison to protect my boy's rights. Running dangerous prisons that violate constitutional rights.
12. John and Jane Does 1 to 25 at G.K. Fountain Correctional Facility and the present address is 9677 AL-21, Atmore, AL 36502. (a) The claims against these defendants are violations of my boy's rights and wrongful death on 9/29/2020. (b) The supporting facts are violation of my boy's rights by failing to protect him, get him medical help, or run the prison to protect my boy's rights. The prison will not give me information on my boy's death and I do not know these peoples names or jobs but I know there are people who worked there who could have helped save my boy's life but did not do anything to help and just watched my son bleed to death like his life means nothing and that is not right or constitutional.