# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

Cecelia Eady, representative for Demarcus Harrison

**Plaintiff(s)/Petitioner(s)**

vs.
Lieutenant David

CIVIL ACTION NO. 22-CV-383-JB-MU
(To be supplied by Clerk of Court)

Decoreyon Green and more

**Defendant(s)/Respondent(s)**

## MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES

I, Cecelia Eady, representative, a United States citizen, make this Motion to Proceed Without Prepayment of Fees pursuant to Title 28 U.S.C. § 1915 in order to proceed *in forma pauperis* in this action. I am unable to make prepayment of fees or to give security therefor, and it is my belief that I am entitled to redress. I have not divested myself of any property, monies or any items of value for the purpose of avoiding payment of said fees.

I. **BRIEF STATEMENT AS TO THE NATURE OF THE ACTION:**
the prison violated my son's right and killed him on 9/29/2020. He was killed by a prisoner who was in my son's cell and block to teach my son a lesson by a corrections officer. My son suffered and died from a beating and 12 stabs.

II. **RESIDENCE:**
Your address: 512 W. Long Lane
(Street)
Florence AL 35630-5308
(City)   (State)   (Zip Code)

III. **MARITAL STATUS:**
1. Single  X   Married _____   Separated _____   Divorced _____
2. If married, spouse's full name: _____

IV. **DEPENDENTS:**
1. Number: 0
2. Relationship to dependent(s): _____
3. How much money do you contribute toward your dependents' support on a monthly basis? $ _____

V. **EMPLOYMENT:**
1. Name of employer: _Social Security Reciepent_
   a. Address of employer: _NA_
      (Street)

   _____
   (City)        (State)      (Zip Code)
   b. How long have you been employed by present employer? _Since 1999_
      Years: _____   Months _____
   c. Income: Monthly $ _841.00_   or Weekly $ _____
   d. What is your job title? _disabled_

2. If unemployed, date of last employment: _1999_
   Amount of salary and wages received per month in last employment: $ _____

3. Is spouse employed? _NA_   If so, name of employer: _____
   a. Income: Monthly $ _____ or Weekly $ _____
   b. What is spouse's job title? _____

4. Are you and/or your spouse receiving welfare aid? _NA_
   If so, amount: Monthly $ _____ or Weekly $ _____

VI. **FINANCIAL STATUS:**
1. Owner of real property (excluding ordinary household furnishings and clothing):
   a. Description: _____
   b. Full Address: _____
   c. In whose name: _____
   d. Estimated value - - - - - - - - - - - - - - - - - - - - - - - - - - -   $ _____
   e. Total amount owed - - - - - - - - - - - - - - - - - - - - - - - - -   $ _____
      Owed to: _____                                                         $ _____
               _____                                                         $ _____

   f. Annual income from property - - - - - - - - - - - - - - - - - -   $ ___—___

2. Other assets/property, such as automobiles, boats, motor homes, court judgments, etc. (If more than two, list information on back):
   a.                                  Asset (1)              Asset (2)
      Make & Model:                    _2010 Mazda_           _____
      In whose name registered?        _Cecelia Endy_         _____
      Present Value of Asset:          _1700.00_              _____
      Amount owed:                     _—_                    _____
      Owed to:                         _—_                    _____
   b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else - $ _800.00_
   c. List monies received by you during the last twelve (12) months, or held for you

2

by banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

    Business, profession or other forms of self-employment - $ —
    Rent payments, interest or dividends - - - - - - - - - - - - - - - $ —
    Pensions, annuities or life insurance payments - - - - - - - $ —
    Gifts or inheritances - - - - - - - - - - - - - - - - - - - - - - - - - $ —
    Stocks, bonds or notes - - - - - - - - - - - - - - - - - - - - - - - $ —
    Tax refunds, Veteran benefits or social security benefits $ —
    Any other sources - - - - - - - - - - - - - - - - - - - - - - - - - - $ —

3. Obligations:
    a. Monthly rental on house or apartment - - - - - - - - - - - - $ 375.00 rent
    b. Monthly mortgage payments on house - - - - - - - - - - - - $ —

4. Other information pertinent to your financial debts and obligations:

| (Creditor) | (Total debt) | (Monthly payment) |
|---|---|---|
| (Creditor) | (Total debt) | (Monthly payment) |
| (Creditor) | (Total debt) | (Monthly payment) |

5. If you have indicated that you have minimal or no assets or income, please explain how you provide for your basic living needs such as food, clothing and shelter. (*e.g.* food stamps, family assistance or charitable contributions.)

Recieve Social Security each month

Other (Explain): _____

3

## VII. ALL PLAINTIFFS/PETITIONERS MUST READ AND SIGN:

I UNDERSTAND that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. FURTHER, I CERTIFY that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

9/26/2022

DATE

X Cecelia Eady

SIGNATURE OF PLAINTIFF/PETITIONER

512 W. Long Lane, Florence, AL 36630-5308

ADDRESS

4